| | | |
|---|---|---|
| **NON-SERVICE AFFIDAVIT** | * | **THE STATE OF TEXAS** |
| | * | |

Case Number : C15-60013

Naphtha Transportation, LLC
Vs.
Ellie Ramos Palma

United States Bankruptcy Court

Southern District Of Texas

Victoria Division

On this the __5__ day of __APRIL__, 2017, John F. Kaspar appeared before me, the undersigned Notary Public and after being duly sworn, deposed and stated as follows:

1) My name is John F. Kaspar. I am over eighteen (18) years of age and am fully competent to make this affidavit. I have personal knowledge of the facts stated herein, and they are true and correct.
2) I am a Certified Civil Process Server authorized under written order of the Supreme Court of Texas to serve Civil Process in the State of Texas.
3) I am not a party to this case and I have no interest in the outcome of this case.
4) I have never been convicted of a felony or misdemeanor in any City, State, or Federal Jurisdiction.

On <u>March 17, 2017,</u> I received a <u>Summons In An Adversary Proceeding</u> to be delivered to <u>Ellie Ramos Palma</u> in the above case number.

On March 18, 2017, I went to the most recent home address of Ellie Ramos Palma at <u>71 Dry Creek Road, Victoria, Texas, 77905</u>. There was no response at the door and it did not appear as anyone was living there. Three other attempts were made on different dates with no response there.
Later, on April 1, 2017, I found a person at that residence who gave his name as Jason, a son of Ellie Ramos Palma, who confirmed she no longer lives there. He refused to give me Palma's current address.

On March 30, 2017, I went <u>3706 E. Rio Grande, Suite A, Victoria, Texas</u>, the last known business address of Ellie Ramos Palma, and found it to be vacant.

_____
John F. Kaspar
State Certified Civil Process Server
TX ID # SCH4078  Exp. 7/31/2017

BEFORE ME, THE UNDERSIGNED AUTHORITY, IN AND FOR SAID COUNTY AND STATE, ON THIS THE __5th__ DAY OF __April__, 2017, PERSONALLY APPEARED <u>JOHN F. KASPAR</u>, KNOWN TO ME AFTER BEING IDENTIFIED THROUGH HIS DRIVER'S LICENSE, TO BE THE PERSON WHOSE NAME IS SUBSCRIBED TO THE FOREGOING INSTRUMENT, AND ACKNOWLEDGED TO ME THAT THE STATEMENTS CONTAINED IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT.

SUBSCRIBED AND SWORN TO ME ON THIS THE __5th__ DAY OF __April__, 2017.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

VERONICA RAMIREZ
Notary Public, State of Texas
My Commission Expires
MARCH 11, 2018